COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | No. 08-20-00047-CV |
| IN THE MATTER OF | § | |
| | | Appeal from the |
| THE GUARDIANSHIP OF | § | |
| | | County Court at Law No. 4 |
| JANET CHURCH, | § | |
| | | of Williamson County, Texas |
| AN INCAPACITATED PERSON. | § | |
| | | (TC# 18-0190-CP4) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record, and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order that Appellant pay all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 2ND DAY OF DECEMBER, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.